IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

No. 5:12-CR-00146-1BO(4)

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. MEDEMA JULIUS THOMAS, Defendant. | ORDER |

Defendant has submitted an unopposed motion to continue his arraignment set for October 23 to the next available Term following a 60-day continuance. For good cause shown, Defendant's motion is GRANTED. Defendant's arraignment shall be set for the __November 12th__ Term of Court. Because the ends of justice served by the continuance outweigh the best interest of the public and defendant in a speedy trial, in that the current arraignment date would deny defendant's counsel reasonable time necessary for effective preparation, taking into account the exercise of due diligence, the period of delay resulting from this continuance shall be excluded pursuant to 18 U.S.C. § 3161(h)(7)(A).

SO ORDERED, this 23 day of October, 2012.

TERRENCE W. BOYLE
UNITED STATES DISTRICT JUDGE