# UNITED STATES DISTRICT COURT

for the

Eastern District of North Carolina

FILED IN OPEN COURT
ON __3/8/2016__ CD
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

|  |  |  |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Medema Julius Thomas | ) | Case No:  5:12-CR-146-1BO |
| | ) | USM No:  56341-056 |
| Date of Original Judgment: ___January 16, 2014___ | ) | |
| Date of Previous Amended Judgment: _____ | ) | Robert E. Waters |
| *(Use Date of Last Amended Judgment if Any)* | | *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐DENIED.  ☑GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of  144  months **is reduced to** 124 months.  *140 Months*

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated January 16, 2014, shall remain in effect. **IT IS SO ORDERED.**

Order Date: __3/8/2016__

_____
*Judge's signature*

Effective Date: ___November 1, 2015___
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
*Printed name and title*

EDNC Rev. 11/8/2011