UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

**U.S.A. vs. Medema Julius Thomas** **Docket No. 5:12-CR-146-1D**

**Petition for Action on Supervised Release**

COMES NOW Corey A. Rich, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Medema Julius Thomas, who, upon an earlier plea of guilty to Distribution of 18 Grams or More of Cocaine Base (Crack), in violation of 21 U.S.C. § 841(a)(1), was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on January 16, 2014, to the custody of the Bureau of Prisons for a term of 144 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 96 months. On August 10, 2020, the defendant received a sentencing reduction to time served and was granted a compassionate release, and the term of supervised release began. On July 31, 2026, the case was reassigned to the Honorable James C. Dever III, U.S. District Judge. On February 10, 2021, the court modified the conditions of supervision to remove the mandatory drug testing condition, based on the defendant's physical impairments.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On July 13, 2026, the defendant passed away due to complications from laryngeal cancer. The defendant's death has been confirmed by the United States Probation Office after being notified by family members of his passing and reviewing his obituary. Due to the defendant's death, it is respectfully recommended that the term of supervised release be terminated.

**PRAYING THAT THE COURT WILL ORDER** that the term of supervised release be terminated.

Except as herein modified, the judgment shall remain in full force and effect.

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Corey A. Rich
Corey A. Rich
U.S. Probation Officer
150 Rowan Street Suite 110
Fayetteville, NC 28301
Phone: 910-354-2540
Executed On: August 3, 2026

**ORDER OF THE COURT**

Considered and ordered this 4 day of August, 2026, and ordered filed and made a part of the records in the above case.

J Dever
James C. Dever III
U.S. District Judge